IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-232 |
| ) | |
| GUY CIZAUSKAS, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 3rd day of September, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 23, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, September 16, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Ross E. Lenhardt,
    Assistant United States Attorney

    Wayne V. DeLuca, Esquire
    564 Forbes Avenue
    Manor Building Penthouse
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation